FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 14 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

08-CV-00234-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT H. SMITH, | ) |
| Plaintiff, | ) CASE NO.   C08-234-JLR-JPD |
| v. | ) |
| SNOHOMISH COUNTY, | ) ORDER GRANTING DEFENDANT'S |
| Defendants. | ) MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's amended civil rights complaint, defendant's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Defendant's motion for summary judgment (Dkt. No. 23) is GRANTED. Plaintiff's amended complaint (Dkt. No. 7) and this action are DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
PAGE - 1

1  (3)  The Clerk is directed to count this as a dismissal under **28 U.S.C. § 1915(g)**, and to

2  send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable

3  James P. Donohue.

4  DATED this 14th day of ___October___, 2008.

    JAMES L. ROBART
    United States District Judge

25  ORDER GRANTING DEFENDANT'S
    MOTION FOR SUMMARY JUDGMENT
26  PAGE - 2